UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA S. PEREZ, individually and on behalf of her minor child I.R.,<br><br>Plaintiff,<br><br>-against-<br><br>NEW PALTZ CENTRAL SCHOOL DISTRICT and DR. MARIO FERNANDEZ, in his official capacity as the principal of the New Paltz High School,<br><br>Defendants. | Case No. 1:21-cv-00706-DNH-CFH |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, PATRICIA S. PEREZ, by and through counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules Civil Procedure, hereby dismisses all claims against all Defendants in this matter.

DATED this 6th day of September 2021

SO ORDERED
*[signature]*
DAVID N. HURD
United States District Judge
Dated: 9/7/21 Utica, NY

SIRI & GLIMSTAD LLP

*[signature]* CABrehm
Elizabeth A. Brehm
200 Park Avenue, 17th Floor
New York, New York 10166
Tel: (212) 532-1091

*Attorneys for Plaintiffs*